# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: NICOLE M. SUPPELAND  
1211 - 23RD STREET  
ROCKFORD, IL  61108  

SSN-xxx-xx-7087

Case Number: 05-75915

Case filed on: 10/9/2005  
Plan Confirmed on: 4/7/2006  

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $35,856.23          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 002 | RESURGENT CAPITAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BLATT, HASENMILLER, LEIBSKER & MOORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | NATIONAL ASSET RECOVERY SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | WOLPOFF & ABRAMSON, L.L.P. | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CAC FINANCIAL CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | NATIONAL ENTERPRISE SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | CLIENT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | NICOLE M. SUPPELAND | 0.00 | 0.00 | 906.23 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 906.23 | 0.00 |
| 001 | LVNV FUNDING LLC | 1,540.70 | 1,540.70 | 1,453.71 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 2,414.76 | 2,414.76 | 2,278.40 | 0.00 |
| 004 | DISCOVER FINANCIAL SERVICES | 5,187.16 | 5,187.16 | 4,894.24 | 0.00 |
| 005 | GE CONSUMER FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ILLINOIS STUDENT ASSISTANCE COMM | 2,544.45 | 2,544.45 | 2,400.76 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 932.16 | 932.16 | 879.52 | 0.00 |
| 010 | KOHL'S DEPARTMENT STORE | 1,511.20 | 1,511.20 | 1,425.87 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 3,301.67 | 3,301.67 | 3,115.22 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 7,383.72 | 7,383.72 | 6,966.76 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 354.75 | 354.75 | 334.72 | 0.00 |
| 018 | SALLIE MAE | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | LVNV FUNDING LLC | 4,406.48 | 4,406.48 | 4,157.65 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 1,109.39 | 1,109.39 | 1,046.74 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 1,060.39 | 0.00 | 0.00 | 0.00 |
| 024 | NORTHERN ILLINOIS UNIVERSITY | 1,084.58 | 1,084.58 | 1,023.33 | 0.00 |
| 025 | NORTHERN ILLINOIS UNIVERSITY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 32,831.41 | 31,771.02 | 29,976.92 | 0.00 |
|  | Grand Total: | 35,531.41 | 34,471.02 | 33,583.15 | 0.00 |

Total Paid Claimant:     $33,583.15  
Trustee Allowance:       $2,273.08  
Percent Paid Unsecured:   94.35  

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

\_\_/s/ Lydia S. Meyer_____  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009          By  /s/Heather M. Fagan